# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW WONG, individually and on behalf of all others similarly situated; KA PO WONG, individually and on behalf of all others similarly situated; ANNE LOUIE, individually and on behalf of all other similarly situated; APRIL NG, individually and on behalf of all others similarly situated; and MILLIE SU, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br><br>TD BANK GROUP and TD BANK, N.A.,<br><br>   Defendants. | Civil Action No. 1:25-cv-09634-JPO |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that upon the Declaration of Gina F. McGuire, dated February 9, 2026, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendants TD Bank Group and TD Bank, N.A. will move this Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order dismissing Plaintiffs' Complaint in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems just and proper.

DATED: February 9, 2026					Respectfully Submitted,

											MORGAN, LEWIS & BOCKIUS LLP


									By:	 */s/ Gina F. McGuire*
											Gina F. McGuire (NY Bar No. 5103916)
											101 Park Avenue
											New York, NY 10178-0060
											Tel: 212.309.6000
											Fax: 212.309.6001
											gina.mcguire@morganlewis.com

											Sarah E. Bouchard (*pro hac vice* admission pending)
											Klair Fitzpatrick (*pro hac vice* admission pending)
											Sean Caulfield (*pro hac vice* admission pending)
											2222 Market Street
											Philadelphia, PA 19103
											Tel: 215.963.5000
											Fax: 215.963.5001
											sarah.bouchard@morganlewis.com
											klair.fitzpatrick@morganlewis.com
											sean.caulfield@morganlewis.com

											*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I, Gina F. McGuire, hereby certify that on February 9, 2026, the foregoing was filed and served via the Court's ECF system on all counsel of record.

                                                         */s/ Gina F. McGuire*
                                                         Gina F. McGuire