Morgan Lewis

**Sarah E. Bouchard**
+1.215.963.5077
sarah.bouchard@morganlewis.com

**VIA ECF**

October 14, 2026

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 706
New York, NY 10007

Re: Wong et al. v. TD Bank, N.A. et al. – Case No. 1:25-cv-09634-JPO

Dear Judge Oetken:

The Parties hereby notify the Court that they have reached an agreement in principle on the monetary terms of a settlement to resolve the named Plaintiffs' individual claims, which will result in dismissal of this action in its entirety. The Parties are working to memorialize the full terms of the settlement in writing.

Accordingly, the Parties respectfully request a stay of all proceedings, including the October 28, 2026 mediation, while they finalize the settlement papers. The Parties anticipate filing either a joint status report or dismissal papers by the end of November 2026.

Respectfully submitted,

Sarah E. Bouchard

cc: All Counsel of Record